**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAN HUGHES                                          PLAINTIFF

VERSUS        CIVIL ACTION NO. 2:08-CV-00079-KS-MTP

BOSTON SCIENTIFIC CORPORATION          DEFENDANT

*******************************************************

DEPOSITION OF MICHAEL WEBER, MD

*******************************************************

APPEARANCES NOTED HEREIN

Deposition Taken at the Instance of
the Defendant
In the Offices of Michael Weber, MD
Laurel, Mississippi
On Friday, December 5, 2008
Commencing at 8:30 a.m.

EMM, INC. REPORTING
SHARRA RENO, CSR
POST OFFICE BOX 486
BRANDON, MISSISSIPPI 39043
TELEPHONE:  (601) 506-8261

---

**2**

APPEARANCES

FOR THE PLAINTIFF

    James D. Blackwood, Jr.
    Copeland, Cook, Taylor & Bush
    Post Office Box 6020
    Ridgeland, Mississippi 39158

FOR THE DEFENDANT

    Ms. Leah Ledford
    Mr. Jake Banks
    Scott, Sullivan, Streetman & Fox
    Post Office Box 13847
    Jackson, Mississippi 39236

FOR MICHAEL WEBER, MD

    Mr. Wayman D. Williamson
    404 Short 7th Avenue
    Laurel, Mississippi 39441

---

**3**

TABLE OF CONTENTS

                             PAGE

Title Page.................................1

Appearance Page...........................2

Table of Contents.........................3

Stipulation Page..........................4

EXAMINATION OF MICHAEL WEBER, MD:

    By Ms. Ledford........................5

    By Mr. Blackwood.....................72

    By Ms. Ledford.......................84

    By Mr. Banks.........................85

Certificate of Reporter..................88

---

**4**

STIPULATION

It is hereby stipulated and agreed by and
between the parties hereto, through their respective
attorneys of record, that this deposition may be
taken at the time and place hereinbefore set forth,
by SHARRA RENO, CSR, court reporter and notary
public, pursuant to the rules;

That the formality of reading and signing is
specifically waived;

That all objections, except as to the form
of the questions and the responsiveness of the
answers, are reserved until such time as the
deposition, or any part thereof, may be used or
sought to be used in evidence.

******



EXHIBIT
C

6

```
1        MICHAEL WEBER, MD,
2   after having first been duly sworn, was examined and
3   testified under oath as follows:
4   EXAMINATION BY MS. LEDFORD:
5        Q    Good morning, Dr. Weber.  Again just for
6   the record my name is Leah Ledford.
7        MS. LEDFORD:  Just let the record
8   reflect that this deposition is being taken pursuant
9   to notice and the Federal Rules of Civil Procedure.
10  BY MS. LEDFORD:
11       Q    Can you state your full name for the
12  record, please, sir.
13       A    Benjamin, B-E-N-J-A-M-I-N, Michael,
14  M-I-C-H-A-E-L, Weber, W-E-B-E-R.
15       Q    Dr. Weber, we're here today based on a
16  case that was filed against Boston Scientific, who
17  I'm here today representing, by Ms. Jan Hughes, who I
18  understand was a patient of yours.
19            I just want to be clear that we're not
20  here today trying to point fingers at you for
21  anything.  We simply just want to know what happened
22  during the procedure.
23            So I'm just here today to ask you a
24  series of questions about the procedure itself and
25  the patient's history; and should you not understand
```

```
1   a question I ask, of course please ask me to rephrase
2   it and I'll be happy to do so.
3             And if you need to take a break or
4   anything like that, we'll be happy to do that too.
5             That being said, can you just state —
6   give me your address and just kind of your personal
7   information, please, sir.
8        A    You want my home address or the office
9   address?
10       Q    Both, please.
11       A    Okay.  Home is 848 North 6th Avenue,
12  Laurel, 39440.  The office address is 1008 North 15th
13  Avenue, Laurel, 39440.
14       Q    And what's your date of birth,
15  Dr. Weber?
16       A    3-12-62.
17       Q    And your social security number.
18       A    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.
19       Q    Okay.  And I assume — where are you
20  employed?
21       A    South Central Regional Medical Center.
22       Q    Okay.  Are you also employed here with
23  the group?
24       A    The group — all of the physicians in
25  this group are employed by the hospital.
```

7

```
1        Q    Okay.  How long have you been employed
2   with South Central?
3        A    Five years, five and a half years.
4        Q    Okay.  Just for my purposes can you give
5   me the benefit of your educational background, just
6   kind of a quick rundown in your own words for me.
7        A    Sure.  I have a B.S. degree from
8   Millsaps College, Doctor of Medicine from the
9   University of Mississippi Medical Center, residency
10  at University of Mississippi Medical Center in
11  OB/GYN.
12       Q    Okay.  Prior to working with South
13  Central where were you employed?
14       A    I've worked — we were in private
15  practice here for 10 years before we sold the
16  practice to the hospital.  So I've been in private
17  practice in Laurel for 15 years.
18       Q    Okay.  And prior to that time?
19       A    I came straight out of residency.
20       Q    Okay.  Great.  I know that we had asked
21  you to bring your file today.  Other than your
22  medical file of Ms. Hughes, have you reviewed
23  anything else in preparation for your deposition
24  today?
25       A    No.
```

```
1        Q    Okay.  Did you happen to read the
2   plaintiff's deposition in this case or anything like
3   that?
4        A    I have not.
5        Q    Okay.  Have you seen any photographs of
6   Ms. Hughes —
7        A    No.
8        Q    — with regard to the injuries related
9   to this suit?
10       A    No.
11       Q    Okay.  When was the last time that you
12  treated Ms. Hughes?
13       A    I have a notation — appears that I saw
14  her last on 11-22-07.
15       Q    Okay.  When was the first time, I guess,
16  that you saw Ms. Hughes; and not just related to this
17  lawsuit, but how long has she been a patient of
18  yours, Dr. Weber?
19       A    Let's see.  This looks like our new
20  patient form which would have — should be the first
21  time I ever saw her, and it was dated 11-28-1995.
22       Q    So it's safe to say she's been a patient
23  of yours for a good while, then?
24       A    Correct.
25       Q    Did you deliver all of her children?
```

8

1     A   Well, I know I took care of her with all
2  of her pregnancies.  I'd have to check to see if I
3  actually did the deliveries on all of them.
4     Q   Okay.  It's not necessarily important.
5  I don't want you to have to —
6     A   Yeah.  Let's see.  This is a delivery
7  note from '96.  Dr. Stancil actually did her delivery
8  then in '96.
9        Dr. DeSantis did her delivery in '98.
10  Three, I believe.  Let's see the delivery sheet for
11  the last child.  But I believe I did it.
12        No.  Actually, this has got
13  Dr. Stancill's name on it.  Judging from — these are
14  the labor and delivery summaries that have the
15  physician's signature.
16        Usually the signature on this summary is
17  who did the delivery, so this one I believe — it
18  doesn't have the date on it.  There's a date with her
19  name at the top from '02, and it has Dr. Stancill's
20  name on it.
21     Q   Okay.
22     A   So I would say Dr. Stancill probably did
23  the third delivery.
24     Q   Okay.  It's my understanding that she
25  developed a condition following that delivery that

1  eventually led to the procedure that we're here about
2  today.  Would you have treated her following that
3  delivery?
4     A   Yes, I followed her after her
5  deliveries.
6     Q   Okay.
7     A   I cared for her during the pregnancy and
8  then just happened to not be there for the
9  deliveries.
10     Q   I understand.  I understand.  Do you
11  remember when you first saw Ms. Hughes about the
12  excessive bleeding condition she was suffering from?
13     A   Let's see here.  Here's a notation.
14  It's the first I see of any abnormal bleeding.  And
15  let me state I don't believe there being a history of
16  a problem before the last child was delivered.
17        I could be wrong about that, but I don't
18  remember seeing anything before then.
19     Q   Okay.  So you don't personally recall
20  her having problems with bleeding prior to that time?
21     A   Well, I should probably look back
22  through and make sure.  I don't see anything in the
23  record here before 5-27-04, which is a mention of
24  starting a period on 5-7, and this was dated 5-27,
25  and the complaint was that she was still bleeding on

---

1  the episode of this.
2        "Unsure of medicine changes," I think is
3  how that reads, and we call it breakthrough bleeding,
4  single episode, and started her on Provera.  That was
5  the first episode I have of irregular bleeding.
6     Q   Okay.  At that time did you know what
7  the cause of the bleeding was?
8     A   No.
9     Q   Okay.  When would have been the next
10  time that you saw Ms. Hughes for that condition?
11     A   She phoned back on 6-17 stating that she
12  was still bleeding after finishing the Provera.  This
13  is a nurse's note.  That she was reassured that this
14  was expected, spotting and light bleeding.
15        (Witness quietly reads to himself.)
16     A   Watch.  If heavy bleeding persists for
17  ten days call back.
18     Q   I'm sorry.  Let me interrupt you.  You
19  said a drug of Provera.  What would that drug have
20  been to treat?
21     A   It's a progesterone.  It would have been
22  used to stabilize the endometrium.
23     Q   Okay.
24     A   And then with its withdrawal you have a
25  withdrawal bleeding, so you try to gain control of

1  the cycle by using that drug.
2        MR. BLACKWOOD:  Excuse me.  Off the
3  record for just a minute.
4        (Off the record.)
5  BY MS. LEDFORD:
6     Q   Did you finish your answer about the —
7     A   Yeah, I think so.  Yeah.
8     Q   Okay.
9     A   The next entry was from that 6-17 phone
10  call.
11     Q   And she had started taking the drug at
12  that time.  Is that correct?
13     A   Yes.
14     Q   And I don't think I understood you.  How
15  long does the drug take to be effective or to know
16  whether or not it would be effective?
17     A   In an episode like this, once we start
18  that drug we would hope to see some general
19  improvement in the bleeding within four or five days.
20        We give it — in this case we gave it
21  for 14 days and hopefully to have the bleeding
22  stopped for a period of time.  And then when you end
23  the drug, a lot of times you'll expect withdrawal
24  bleeding after that to start a regular cycle again.
25     Q   Okay.  And when was the next time that

13

1  you had any contact or saw Ms. Hughes?
2      Q      Looks like this is October 12 of 2004.
3      Q      And what was she there seeing you
4  about that day, Doctor?
5      A      The chief complaint was for an annual
6  exam.
7      Q      Okay.  And was she still experiencing
8  problems with bleeding?
9      A      Yes.
10     Q      And do you recall what condition she --
11 or what symptom she told you she had been
12 experiencing on that visit?
13     A      The history of present illness states
14 that she was having some menstrual irregularity, and
15 it also states that she had not had a period since
16 her Provera dose and that she was having mild lower
17 back pain.
18     Q      Would the back pain have been something
19 that was related to this condition, in your opinion?
20     A      Possibly.
21     Q      Okay.  What was the diagnosis at that
22 point?
23     A      The impression was a secondary
24 dysmenorrhea, which is pain that is associated with
25 menses.

14

1      Q      And what treatment options were
2  discussed at this point?
3      A      Medically we started her on a cyclic
4  therapy of the Provera for five days every month for
5  three to four months.
6      Q      Okay.  And was she satisfied, I guess,
7  with that treatment plan?
8      A      In December 9 of '04 there was a phone
9  call complaining of bleeding for five weeks, and she
10 was instructed to come in.
11     Q      Okay.  And so after that when would have
12 been the next time that you saw Ms. Hughes?
13     A      We saw her on December the 13th of 2004.
14     Q      And what was done at that visit?
15     A      What was done, she had an examination,
16 and it appears that she had an endometrial biopsy and
17 was again put on Provera on -- well, let me back up.
18 Yes, she was started on Provera.
19     Q      I want to make sure I'm understanding
20 the Provera.  So it's taken for a span of five days.
21 Is that correct?
22     A      It varies as to how much is given.
23     Q      Okay.
24     A      Sometimes five days, sometimes seven
25 days, sometimes two weeks.

15

1      Q      Okay.  So how long had it been prior to
2  this time that she had taken the Provera?
3      A      I really can't tell from this record
4  when she had taken it prior to the December 13th
5  visit.
6      Q      Okay.  But obviously it wasn't working.
7  Is that correct?
8      A      The dose she was on appeared not to be,
9  yes.
10     Q      Okay.  This visit she was prescribed the
11 Provera again.  And when was the next time that you
12 saw or spoke with Ms. Hughes?
13     A      There's another phone call from
14 January 14 of '05.
15     Q      Okay.  And what was that phone call
16 about?
17     A      Stated that the Provera only stopped the
18 bleeding for one week.  Now bleeding again.  Has
19 refilled for Provera.  Can she take, question mark.
20 Yes.  Either one or two.
21          And this is as per H. S., which would be
22 Dr. Stancill.  That's a phone call.
23     Q      Okay.  And when would have been the next
24 time that she called or came in following that time?
25     A      February 15th she called.

16

1      Q      Okay.
2      A      And stated she had been bleeding again
3  for two and a half weeks.
4      Q      Doctor, do you know what would have been
5  causing this bleeding?
6      A      Well, let me refer back to her
7  endometrial biopsy to see if we saw anything on it.
8          Her biopsy did not reveal any
9  abnormalities.  So the presumptive diagnosis at this
10 point was what we refer to as dysfunctional uterine
11 bleeding, which typically implies a hormone imbalance
12 that causes the bleeding.
13     Q      I mean, is this a common thing
14 middle-aged women experience or is this abnormal for
15 somebody to be bleeding like this?
16     A      The amount of bleeding that she had
17 demonstrated to this point I think you could say
18 would be considered abnormal.
19     Q      Okay.  And going back to the treatment:
20 So she had called in again, and another dose of the
21 medication was given.  And when was the next time
22 that she was seen or treated following that time?
23     A      Have we mentioned February 15?  I'm not
24 sure where we're at now.  But the next entry I
25 believe we were at is February 15, '05, when she

18

1  called and said she had been bleeding for two and a
2  half weeks.
3          And it was recommended that she come in
4  to talk about doing something else, either a D and C
5  versus a hysterectomy is what's noted here.
6      Q       And would that have been you or another
7  doctor in the office?
8      A       To talk to her?
9      Q       Right.
10     A       It would have typically been me as I had
11 been following her.
12     Q       Okay.  The two options you just
13 discussed, the D and C and the hysterectomy, can you
14 explain just for the purposes of explanation kind of
15 the definition of both of those procedures in medical
16 terms or in your own words.
17     A       Sure.  A D and C, the D stand for
18 dilation, which means to open; C stands for
19 curettage, which I guess typically means to scrape.
20         So in a D and C it's a surgical
21 mechanism for opening up the cervix enough for an
22 instrument to be passed into the endometrial canal
23 and then that tissue being scraped out down to what's
24 called the basalis layer, the bottommost layer of the
25 endometrium.  And a hysterectomy is the procedure of

---

1  removing the womb, the uterus.
2      Q       The D and C procedure you're referring
3  to, is that also the ablation procedure that was
4  eventually performed on Ms. Hughes?  Is that what the
5  D and C — is that another, I guess, terminology for
6  it?
7      A       No.  An endometrial ablation is a
8  separate entity to a D and C.  Now, D and C are
9  oftentimes done at the same time ablations are done.
10     Q       Okay.
11     A       But in strict medical sense we would
12 separate the ablation from the D and C.
13     Q       Okay.  And when was the next time you
14 saw Ms. Hughes, Dr. Weber?
15     A       February the 16th.
16     Q       And can you tell me what you recall
17 about your visit with Ms. Hughes that day?
18     A       Basically she came in and said she was
19 still having bad bleeding and, you know, it hadn't
20 gotten any better with the therapy that we had been
21 on before.
22         The reason we had been so persistent
23 with the Provera is that she had had the
24 complications she had after her last child was born.
25 We were nervous about putting her on birth control

---

19

1  pills.
2          We were at a point now where we felt
3  like we had exhausted most of the medical therapy,
4  that we had tried our best at that and anything else
5  we did probably wasn't going to do any better than
6  what we had done.
7          And so we moved on to talk about her
8  alternatives, which in this case we talked about the
9  dilatation and curettage, hysterectomy.  It appears
10 that I gave her some literature regarding both of
11 those issues and she was going to go home and talk to
12 her family about it and let me know what she wanted
13 to do.
14     Q       Okay.  Do you remember if at that
15 visit — do you remember what you discussed
16 specifically about the ablation procedure with
17 Ms. Hughes?
18     A       I don't know that we talked about the
19 ablation at that point.
20     Q       But did you give her a brochure or
21 something on that procedure as well as a
22 hysterectomy?  Is that my understanding?
23     A       At that particular visit?  I don't
24 believe we talked about ablation at that visit.
25     Q       Okay.

---

20

1      A       I don't have any documentation that I
2  did or didn't, but I don't recall talking to her
3  specifically at that point about doing an ablation.
4      Q       So just the D and C and the
5  hysterectomy?
6      A       Yes, based on that note.
7      Q       Okay.  And when would have been the next
8  time that you saw Ms. Hughes, Doctor?
9      A       Well, she called back on October the
10 24th and said she'd been bleeding for four weeks and
11 bled three weeks the month before that.  So she was
12 scheduled to come in on 10-26, and it appears that I
13 saw her on 10-26.
14     Q       Okay.  Is this of '05?
15     A       I'm sorry.  Yes.  '05.
16     Q       Okay.  So she called on October the
17 24th?
18     A       Yes.  And we saw her on October the
19 26th.
20     Q       Okay.  And what was done at that visit
21 that you recall?
22     A       She had an examination, and she was
23 started again on Provera.  She was also given
24 doxycycline and Motrin.
25     Q       You mentioned that the time before when

**21**

1  you had seen Ms. Hughes that y'all had discussed the
2  options.  Do you remember what she told you she had
3  decided about doing any procedures at this particular
4  visit in October?
5       A    No.
6       Q    Okay.  Is it safe to say she just
7  decided she didn't want to go forward with that type
8  treatment at this time?
9       A    Yeah.  I mean, I interpreted that from
10  the fact that it had been February since we saw her,
11  and we discussed that she was going to let us know
12  how she wanted to proceed, and we didn't hear from
13  her again for another eight months.
14       Q    Got you.  Okay.  So the medication was
15  prescribed.  And was that the only treatment that was
16  done on that date?
17       A    In regards to her bleeding, yes.  I
18  mean, she had a Pap smear.  But, yes.
19       Q    Okay.  And when would have been the next
20  time that you saw Ms. Hughes?
21       A    February the 28th of 2006.
22       Q    And what do you recall about your
23  treatment of Ms. Hughes on February 28th of 2006?
24       A    She was in that day to have a repeat Pap
25  smear done.  She had had an abnormal Pap smear.

**22**

1       Q    Okay.
2       A    She was there to have a repeat Pap smear
3  done.
4            At that visit she also complained of
5  having no menstrual period for two months and also
6  was complaining of pain and a questionable bulge at
7  her umbilicus, at her belly button; and it was worse
8  when she bent over and strained.
9            We addressed the Pap smear by repeating
10  her Pap smear, and I referred her to Dr. Ivey, who is
11  a general surgeon, for evaluation of a possible
12  umbilical hernia.
13       Q    Okay.  I reviewed the medical records.
14  It's my understanding she eventually did undergo some
15  type of hernia-type procedure.  Obviously you
16  wouldn't have performed that.  Correct?
17       A    No.  Correct.
18       Q    When would have been the next time that
19  you saw Ms. Hughes with regard to the bleeding
20  condition?
21       A    This says August 18 of '06 was another
22  phone call, complaining of bleeding since 7-31-06.
23  Advised of options, medicines versus surgery.
24  Declined surgery.  Provera 20 milligrams daily for
25  one week then Provera 10 milligrams daily for 14

**23**

1  days.  Call if no help and will need to come in.
2       Q    Okay.  And when was the next time that
3  you had any communication with Ms. Hughes?
4       A    9-19-06.
5       Q    And what was done on that visit?
6       A    Well, my note here says "see Cerner."
7  Cerner is our computerized charting.
8       Q    You don't personally recall?
9       A    Off of this I don't, no.  Now, I know
10  that the tag to the end of this says D and C
11  hysteroscopy, endometrial ablation scheduled for
12  10-25.  So apparently that's a conversation that we
13  had that we discussed.  The other options including
14  an endometrial ablation.
15       Q    Okay.  So that would have been the first
16  time that ablation was discussed with Ms. Hughes that
17  you're aware of?
18       A    As best I can tell, that would be the
19  first time.
20       Q    Okay.  Do you recall personally your
21  conversation with Ms. Hughes about that procedure?
22       A    Not in any detail, no.
23       Q    Obviously the procedure was scheduled.
24  Do you know if you discussed with her the -- any
25  potential warnings or adverse events that could occur

**24**

1  as a result of this procedure?
2       A    Well, I don't have any documentation of
3  exactly what we discussed, but in any particular
4  situation where I have an operative patient, I almost
5  always go over -- or I always go over the risks.
6            I always tell them what the procedure
7  involves, for one thing.  This is a new procedure,
8  relatively new procedure, this technique, anyway.
9            And so I would have explained to her how
10  the procedure was done.  For her, she did have some
11  risks with her heart the last time.  So I'm almost
12  sure we talked about the fact that just undergoing an
13  anesthetic would be somewhat of a risk.
14            And with the hysteroscopy procedure
15  there's the risk of perforation of the uterus, and
16  with the hot liquid there's a risk that the liquid
17  could cause some damage if it got outside of the
18  uterus.
19       Q    Are you referring to burns?
20       A    Yes.
21       Q    Do you recall if you discussed those
22  type events with Ms. Hughes?
23       A    I don't recall if I specifically did or
24  not.
25       Q    Prior --

25

26

```
1        A    Now, if we can pull the note from that
2   particular event -- and if -- we may need to take a
3   break and let me go see if that's in the --
4        Q    Why don't we do that now.
5             (Off the record.)
6        Q    Dr. Weber, we've taken a short break,
7   and have you had an opportunity to pull the
8   computerized note you were referring to prior to our
9   break?
10       A    Yes.
11       Q    Can you explain to me from this note
12  what you discussed with Ms. Hughes on this date?
13       A    Well, there are no specifics to it, but
14  it appeared that we discussed having an endometrial
15  ablation.
16       Q    Do you recall specifically what y'all
17  discussed about the procedure?
18       A    I do not specifically recall what we
19  discussed about it, no.
20       Q    Prior to -- I know earlier you mentioned
21  this being a fairly new procedure.  Prior to
22  Ms. Hughes, do you know how many of these procedures
23  you might have performed?
24       A    I can't tell you specifically, but I'm
25  guessing she was the fifth or sixth of the
```

```
1   endometrial ablations, yeah.
2        Q    Okay.  Would they all have been using
3   the same product, the same machine?
4        A    Let me kind of clarify that.
5        Q    Okay.
6        A    When I first moved to Laurel we did
7   something called endometrial ablation that used
8   something called a roller ball, and we abandoned that
9   several years after I moved here.
10            So we have not done ablations until the
11  newer procedures, as the hot thermal ablation, had
12  come about.  So the answer to I think what you're
13  asking is yes, that's the only technique we had been
14  using at that point.
15       Q    Okay.  I mean, would all of these
16  procedures obviously been performed at South Central?
17       A    Yes, and they would have all been the
18  hydrothermal ablation at this point.
19       Q    Okay.  Would they all have been using
20  the same machine?
21       A    I don't know the answer to that.
22       Q    Okay.  Do you know anything about the
23  history of that particular machine that was used for
24  Ms. Hughes's procedure?
25       A    This specific machine?
```

27

28

```
1        Q    Uh-huh (affirmative).  The Boston
2   Scientific Hydrothermal --
3        A    I don't know anything about it
4   specifically, no.
5        Q    Okay.  You mentioned doing maybe five or
6   six of these procedures prior to Ms. Hughes.  Do you
7   know if they were all using these same type machine?
8        A    The Boston Scientific same type machine?
9        Q    (Nodded head affirmatively.)
10       A    As far as I know they were all using the
11  same machine, but I don't know --
12       Q    -- if the hospital had more than one of
13  the machines?
14       A    Right.  I don't know if they were
15  interchanged or changed out or whatever.  I don't
16  know that.
17       Q    Okay.  I understand.  Thank you for
18  clarifying.
19            But all the times that you performed
20  this procedure, even if it wasn't the same exact one,
21  it was all using the Boston Scientific?
22       A    Yes, yes, yes.
23       Q    Did you have any training for using that
24  device?  Were you ever trained to use that machine by
25  anybody with the hospital, by anybody from Boston
```

```
1   Scientific?
2        A    From Boston Scientific, yes.
3        Q    When would that have been?
4        A    The first several that we did -- and my
5   partner also does them, so we attended the procedures
6   when we started it.  So the Boston Scientific folks
7   are the folks that taught us how to do this machine.
8        Q    Okay.  Did you attend like a class, for
9   lack of a better term, or, I mean, did they come to
10  the hospital?  Did they --
11       A    They came to the hospital to do it,
12  yeah.
13       Q    Okay.  What type training did that
14  entail?  How long of a training period would that
15  have been, to the best of your recollection?
16       A    Well, for us the training period is not
17  that extensive, because all we're really doing --
18  structurally we're performing a hysteroscopy, which
19  we've done since I've been in practice.
20            The only difference in a hysteroscopy
21  and the ablation procedure using this technique is
22  that the fluid that you use to distend the uterus is
23  sent to a warmer and then back into the uterine
24  cavity.
25            So the amount of training -- I don't
```

30

1  know. Maybe an hour or two. But I don't have any
2  specific recollection of the training process itself.
3       Q    Okay. That was my next question. Do
4  you recall who from Boston Scientific you met with?
5       A    I don't remember his name, but there was
6  a specific person, and I'm sure we can identify.
7       Q    Okay. And do you remember -- other than
8  him showing you how to use the machine, do you
9  remember him discussing any warnings or adverse
10 events that were side effects of this procedure?
11      A    Well, yeah. You know, the biggest
12 concern doing hysteroscopy is perforation of the
13 uterus. And the biggest concern using a heated
14 distention medium that they use for this procedure
15 was the possibility of that fluid leaking on to
16 structures that didn't need to be heated.
17           And with a perforation you're worried
18 about internal injury to the bowel or the bladder,
19 and then you're worried about cervical leakage that
20 could cause a burn in the vagina or on the perineum.
21           And I think that the bulk of our training
22 dealt with making sure that those seals were correct
23 and that we didn't overdilate the uterus and things
24 of that nature.
25      Q    Okay.

1       A    And their representative was also
2  present for I think -- and I -- again I'm not
3  positive about this. I think Jan was only the second
4  one that we had done that he hadn't attended with us.
5       Q    Okay.
6       A    So the representative was there at the
7  beginning for all of our procedures to make sure that
8  we had a full understanding of the procedure and that
9  we were doing it correctly.
10           And then when we felt comfortable and he
11 felt comfortable he stopped attending all of the
12 procedures.
13      Q    Okay.
14      A    And I don't believe he was present for
15 Jan's procedure.
16      Q    Other than the training you received,
17 have you done any further training with regard to
18 using this machine?
19           Well, let me start there. Have you had
20 any further training, other than somebody coming to
21 the hospital and then also sitting in a few
22 procedures with you?
23      A    No.
24      Q    Okay. Would you have done any
25 independent research on the Internet or through

31

1  journals or anything like that on this procedure?
2       A    Well, Boston Scientific provided some --
3  I believe a video and also a manual that went along
4  with it, and I remember going through those.
5       Q    Okay. Were you also given any type
6  brochure from Boston Scientific on, like, handouts to
7  patients?
8       A    Yeah.
9       Q    Okay. Do you remember if you gave that
10 to Ms. Hughes?
11      A    I don't.
12      Q    Okay. And then you mentioned a manual
13 of some type and a video.
14      A    Uh-huh (affirmative).
15      Q    Other than those two items do you
16 remember being given anything from Boston Scientific
17 about the procedure?
18      A    No.
19      Q    Okay. Just for the sake of us who
20 aren't doctors, can you just in your own words
21 describe the ablation procedure.
22           And I know you briefly did that a few
23 minutes ago, but just the procedure itself and kind
24 of what it's designed to do.
25      A    Okay. Well, the procedure itself -- to

32

1  ablate something, I guess, since it essentially means
2  to get rid of it, to -- in this case a heated liquid
3  is used to thermally destroy the lining of the uterus
4  itself.
5           That fluid is circulated through an
6  instrument called a hysteroscope that goes into the
7  uterine cavity, circulates around, and then exits
8  back through the scope.
9           It is heated to a certain temperature,
10 and that temperature is hot enough to cause the
11 ablation of that tissue. That's it in a nutshell.
12      Q    Okay. And there's -- my understanding
13 is there's some type of warmup phase and then a
14 cool-down phase. Is that correct?
15      A    Right.
16      Q    How many minutes is the warmup phase?
17      A    I think it's two minutes.
18      Q    And the procedure itself, do you know
19 how long?
20      A    It was ten minutes.
21      Q    And then the cool-down phase?
22      A    I don't remember. It's a couple of
23 minutes.
24      Q    Couple of minutes?
25      A    And it may vary. I don't remember now.

33

```
 1   I think it's based on the temperature that reads out
 2   of the fluid.
 3       Q    Okay.  And your role as a doctor in
 4   using the machine to perform this procedure, what
 5   would your role be?
 6       A    My role in this is to actually perform
 7   the procedure itself.
 8            My role from the beginning of the
 9   procedure is to position the patient, insert the
10   hysteroscope into the endometrial canal.
11            A diagnostic hysteroscopy is performed;
12   that is, basically you put the fiberoptic light, the
13   hysteroscope, into the uterus to look around, to make
14   sure that there wouldn't be some reason that you
15   might not want to perform the procedure, and to make
16   sure that the hysteroscope is positioned at the right
17   place, and then to monitor the ablation as it's
18   taking place.
19       Q    I personally have not seen one of these
20   machines other than looking on the Internet and
21   through handouts.
22       A    Uh-huh (affirmative).
23       Q    Are you pushing buttons on a machine to
24   work it, to start the different phases, and then are
25   you watching the machine?  How does that work?
```

34

```
 1       A    Well, the machine is not sterile.  So
 2   somebody else -- the circulating technician in the
 3   operating room is actually the person that pushes the
 4   buttons.
 5       Q    Okay.
 6       A    But what we do is -- you asking what my
 7   personal -- what my responsibility is in this?
 8       Q    Yes, sir.
 9       A    Okay.  This is a procedure that's done
10   during visualization, so you actually -- you have a
11   video image.  We have a TV screen and we're watching
12   what's going on.
13            My job or my responsibility during that
14   is kind of twofold or threefold.  We're watching the
15   screen.  We're watching what's going on in the
16   endometrial canal.
17            We typically have our eye on the cervix
18   to make sure we don't see fluid coming out of the
19   cervix; and then we also have an eye on this
20   cylinder, this graduated cylinder, which is the thing
21   that measured -- it was their safety -- it's the
22   safety device for the machine that is designed to cut
23   the machine off if it detects a drop in, I think, ten
24   ccs of fluid, which means there could be a leak
25   somewhere.
```

35

```
 1            Now, we have -- everybody in the room is
 2   essentially watching those three elements.
 3       Q    Okay.
 4       A    But you're right.  There's buttons that
 5   are pushed.  It's a very straightforward machine.  It
 6   tells you exactly what the next step is, when to do
 7   it.  If there's something wrong, it actually
 8   troubleshoots.  It's a very straightforward machine.
 9       Q    Are warnings or -- you mentioned like a
10   fluid loss or things like that.  But does all that
11   just kind of flash up I guess on the machine itself?
12       A    Yes.  There's a digital readout on the
13   machine itself.
14       Q    Okay.  Would you have had any role in
15   ordering this machine for the hospital or requesting
16   it or anything like that?
17       A    I did not have a role in ordering it.
18   But we liked doing the ablations; so I guess in terms
19   of requesting something, we asked that we be allowed
20   to do that procedure at the hospital.  Yeah.
21       Q    Okay.  And then the hospital would
22   have --
23       A    -- gone through whatever steps they go
24   through to get it --
25       Q    Okay.
```

36

```
 1       A    -- which I'm not familiar with.
 2       Q    Okay.  Do you remember at what time
 3   period, when the hospital obtained the machine to do
 4   these procedures?  Do you remember what year?
 5       A    As opposed to having somebody from
 6   Boston loan us one to do them or --
 7       Q    Well, that's a good question.  Did
 8   Boston Scientific loan y'all a machine?
 9       A    I'm assuming that we used a machine on a
10   trial basis to see if we wanted to do the procedure.
11   But again I'm speaking from something I don't know
12   about.
13            All I know is we were approached about
14   doing ablations.  We voiced an interest in that.
15   There was a machine.
16       Q    Okay.
17       A    So where it came from, I don't know.
18       Q    Okay.  Do you remember what year that
19   would have been?
20       A    What year it came?
21       Q    Right.  What year y'all first started
22   doing these?
23       A    I really don't.
24       Q    Okay.
25       A    We had probably -- this was in '06.
```

37

1 Probably in '05 or early '06, I guess.

2 Q Okay.

3 A And I'm sure there's someone at the

4 hospital that can tell us very specifically when we

5 started.

6 Q I know we talked about a handout that

7 you said was given from Boston Scientific, but is it

8 my understanding that you don't know if you gave that

9 to Ms. Hughes or not?

10 A Right.

11 Q Okay. And your records indicate that

12 y'all discussed the procedure and the risks and

13 everything, but you don't recall what y'all

14 discussed. Is that correct?

15 MR. BLACKWOOD: Object to the form of

16 the question.

17 MR. WILLIAMSON: You can go ahead and

18 answer.

19 BY MS. LEDFORD:

20 Q You can answer.

21 A I don't have any specific documentation

22 of that. My preoperative note again talks about the

23 fact we discussed the risks of the procedure; but in

24 terms of the specifics, I don't have any

25 documentation at hand today that shows that.

38

1 Q Okay. And I understand. I know you see

2 a lot of patients. I just wanted to make sure I was

3 clear.

4 The procedure itself, it's my

5 understanding, occurred on October the 25th of 2006.

6 Without looking at your notes — and I'm not — but

7 do you personally recall anything about it, or is all

8 that you recall just from your memory of reviewing

9 the notes?

10 A No. I mean, I remember some things

11 about it. It was an unusual day, so I do remember

12 some of it.

13 Q Okay. What do you remember — I guess

14 just — you wouldn't have been involved in the

15 preparation for the procedure as far as prepping

16 Ms. Hughes, would you?

17 A Can you be more specific about that?

18 Q I guess — on that day when was the

19 first time that you saw Ms. Hughes?

20 A I usually speak to the patient in the

21 holding area, in the preoperative anesthesia area,

22 before they've had any sedation or anything. I

23 always go around and speak to the patient, ask them

24 if they have any questions, and then the patient is

25 taken to the operating room.

39

1 Q Okay. And so the next time you would

2 have seen her was —

3 A In the OR —

4 Q Okay.

5 A — as she goes to sleep.

6 I'm always in the room when the patient

7 is induced, when their anesthesia is induced.

8 Q Okay. What happened, just in your own

9 words kind of what you remember about what happened?

10 A Well, essentially what I remember is we

11 went in to do the procedure, Jan got put to sleep, we

12 prepped her, put her up in the stirrups as always.

13 We did the procedure as we always had done it.

14 And just basically eight minutes into

15 the procedure, I mean, it was almost all

16 simultaneous. We hear a beep, I'm staring at the

17 cervix, I start to see some fluid leak out, and the

18 machine, you know, gives us the warning that there's

19 been a breach.

20 And so we stopped the procedure. You

21 know, it automatically shuts off. So we held still.

22 We're still looking at it on the hysteroscope.

23 Nothing in the uterus looks any different, but we do

24 see this — you know, we see a small amount of fluid

25 coming out of the cervix into the vagina.

40

1 When we get the clear that the fluid has

2 cooled down we take the scope out, and that's when we

3 noticed that she'd been scalded where that fluid had

4 reached.

5 And so we applied some — I think some

6 medicine in the OR, even put some Silvadene on it.

7 She was awakened from anesthesia, taken to the

8 recovery room.

9 Q Let me back up. You mentioned a breach.

10 What do you mean by there was a breach?

11 A You know, an escape, a leak.

12 Q Okay. Do you know what caused the leak?

13 A I do not.

14 Q And you said it all happened

15 simultaneously, I believe is what you said, that you

16 saw a leak and the alarm sounded.

17 A (Nodded head affirmatively).

18 Q Do you know what the machine was

19 designed to do if there was the chance of the leak?

20 A Well, yeah. It's — you know, it's a

21 closed system, which means it's supposed to keep up

22 with the amount of fluid. There's no fluid being

23 dispersed.

24 An open system, the fluid goes in and it

25 just drains out, you know, into a bag. This is a

1  closed system, which means the fluid that goes in
2  also goes back.  It's an enclosed system.
3       There's a part of that system in the
4  Boston Scientific machine that keeps — it's a
5  graduated cylinder basically that keeps up with fluid
6  changes; and if it loses ten ccs or more, an alarm
7  sounds.  And when it loses ten ccs, the ablation
8  automatically shuts off.  I think that's what you're
9  asking.
10      Q    Yes.  Do you recall who all was present
11 during this procedure, Doctor?
12      A    By name, no.  It will be on an OR record
13 somewhere, but I don't have those records.
14           There would be a circulating tech, there
15 would be an anesthesia person, there would be my
16 surgery scrub tech.  So there were at least four of
17 us in the room, and I don't remember if there were
18 any other people there.
19      Q    And you don't recall anybody by —
20      A    I don't recall anybody specifically by
21 name, no.
22      Q    Okay.
23      A    I mean — and I don't think my note
24 mentions anybody by name.  The surgical note, the
25 hospital would have that, though, the OR record that

1  they keep.
2       Q    You mentioned earlier that leaks and
3  burns were discussed as adverse events that could
4  occur with this procedure.  Is that correct?
5           MR. BLACKWOOD:  Object to the form of
6  the question.
7  BY MS. LEDFORD:
8       Q    You can answer.
9       A    I believe that we would have discussed
10 that, yes.  That's a key element to this procedure.
11 I mean, that's the worry that you would have with
12 this particular procedure.
13      Q    Was it discussed what would cause those
14 leaks?  Do you recall?
15      A    No.
16      Q    And you don't know what caused
17 Ms. Hughes's leak.  Is that correct?
18      A    That's correct.
19      Q    Would you categorize this as what was
20 described to you as a potential risk of the
21 procedure?
22      A    Yeah.
23      Q    Did the machine in your — the way you
24 had been trained to use it and the way it was
25 described to you what would occur should a leak

---

43

1  unfortunately happen, did the machine shut down the
2  way it was described to you that it should?
3       A    The machine did shut down, yes.
4       Q    And the alarm sounded?
5       A    And the alarm did go off, yes.
6       Q    Okay.  Prior to this incident with
7  Ms. Hughes, are you aware of any other similar type
8  incidents that might have occurred with this
9  procedure?
10      A    At our hospital or just in general?
11      Q    At this hospital.
12      A    Not at our hospital, no.
13      Q    Okay.  Prior to this incident occurring
14 had you discussed this procedure with any other
15 doctors within your hospital or not?
16      A    I'm sorry.  Could you repeat that
17 question.
18      Q    Sure.  It was a bad question.
19           Prior to doing the ablation on
20 Ms. Hughes, did you discuss with any doctors at this
21 hospital the procedure?
22      A    Dr. Stancill and I have had
23 conversations about it because he's been performing
24 them as well.
25      Q    Okay.  Did y'all discuss the leaks that

44

1  can occur?  Did y'all discuss that at all?
2       A    I don't really have any recollection as
3  to the specifics of that.  I just remember we spoke
4  about it.
5       Q    Had you ever discussed that with any
6  other doctors at other hospitals who had had a
7  similar type experience —
8       A    No.
9       Q    — occur?
10      A    Okay.  Following Ms. Hughes's procedure
11 did you discuss this leak with anybody, any other
12 doctors?
13      A    I probably discussed it with
14 Dr. Stancill, yeah.  But I don't specifically
15 remember having a conversation with him about it,
16 mainly because we didn't do it again after she had
17 that injury.
18      Q    Okay.  And that's what —
19      A    And I think that was it.  We just — I
20 discussed to him that I had had a problem just as a
21 heads-up, "I had a problem.  We don't really know
22 what happened, but here it is."
23      Q    Okay.  So following Ms. Hughes's
24 procedure y'all no longer did the ablations?
25      A    I did not.

**45**

```
1    Q    Okay.
2    A    I did not do the Boston Scientific
3  ablations.  We still do ablations.
4    Q    Okay.  So you have not used the Boston
5  Scientific machine since this --
6    A    Since her incident, yes.
7    Q    Do you know what was done with that
8  exact machine that you used during her procedure?
9    A    No.
10   Q    Do you know if it was tested to see
11 if --
12   A    I have no -- I reported it.  And any
13 incident like that was reported to the OR staff, and
14 to the best of my knowledge they have procedures and
15 protocols for dealing with incidences like that.
16        I believe Boston Scientific was notified
17 about it, and what happened after that I have no
18 idea.
19   Q    Okay.  So you don't know or you haven't
20 been made aware of anybody running any tests on it or
21 anything like that?
22   A    No, no.
23   Q    Okay.  Following this -- well, let me
24 ask you this:  Did you discuss or have you been made
25 aware from other doctors about a similar leak
```

**46**

```
1  occurring even at other hospitals, just any doctor?
2  Have you discussed this?
3    A    Well, I mean, if you read the literature
4  that associates the product itself -- you know
5  studies are done on these things -- you're aware that
6  leaks can occur.
7    Q    Okay.  Are you talking about --
8    A    But not necessarily specific to the kind
9  of leak we experienced here, I'm not.
10        But just talking about -- I mean, the
11 product manual itself speaks of leakage of fluid from
12 the cervix and leakage of the fluid during
13 perforation.
14   Q    Okay.  I'm sorry.  You said something a
15 second ago about not the particular leak that
16 occurred here.  I'm just -- what do you mean?
17   A    Well, a cervical leak three-fourths of
18 the way through the procedure, I guess is what I'm
19 trying to say.
20   Q    Okay.
21   A    I guess I should better phrase that by
22 saying, specifically I'm not aware of any particular
23 manner that a leak occurred, just that leaks have
24 occurred.
25   Q    Okay.  But that's mainly just from the
```

**47**

```
1  materials and manuals and things?
2    A    Yeah, just from a scientific study.
3    Q    Right.
4    A    Not from personal knowledge of anything.
5    Q    Following the incident did you -- on
6  that very day did you speak with Mr. or Ms. Hughes
7  about what happened?
8    A    Yes.
9    Q    Do you recall those conversations?
10   A    I mean, I just went and told them that
11 we had a problem, that some fluid leaked out of the
12 cervix into her vagina, and that she had what
13 appeared to be second-degree burns from it.
14   Q    Did you tell her that the machine
15 malfunctioned in any way?
16   A    I don't recall telling her that anything
17 had malfunctioned but just something had happened.
18   Q    Would it have just been more like a
19 problem or a complication?
20   A    I saw it as a complication.  To be
21 honest with you, to this moment I still don't know
22 exactly what happened.  So I've chosen not to try to
23 lay blame somewhere because I don't know what
24 happened.
25   Q    Okay.  You mentioned putting some cream
```

**48**

```
1  on that day.  What did -- and you said a scald, I
2  believe.  What did you -- what were her injuries that
3  you perceived on the day of the incident after the
4  leak occurred?
5    A    This is straight from the record.  There
6  was a three-by-two-centimeter scald area on the outer
7  perineal body, which is basically the skin outside of
8  the vagina, and a small area of similar size inside
9  the vaginal introitus.  So there was a spot inside
10 the vagina and then a spot on the outside.
11   Q    Will you --
12   A    At some point I believe I even attempted
13 to draw a picture of it.
14   Q    Okay.  Were you able to determine the
15 severity of the burn?
16   A    It appeared to be a second-degree burn.
17 It was blistered.  It did not appear to be worse than
18 that.  There was no necrosis noted or anything.
19   Q    Okay.  And what treatment did you
20 provide Ms. Hughes on that day?
21   A    This says Premarin cream was applied to
22 the burn areas.  I would love to go back and recheck
23 the operative note -- I mean the OR record for that
24 to see if we didn't apply Silvadene, but Premarin
25 could have been what we put on it as well, which is
```

49

1  an estrogen cream.
2      Q      Okay.  Was that the only treatment that
3  was given that was needed for Ms. Hughes on that
4  date?
5      A   · That's all, yeah.
6      Q      Okay.  And the next time you saw her was
7  the next day at your office.  Is that correct?
8      A      Let's see.  I have a note of 10-26-06
9  that we saw her, yes.  It would be the day after.
10     Q      And obviously did you discuss what
11 happened again with Ms. Hughes that you recall?
12     A      Yeah.  I mean, she had been under an
13 anesthetic before, so I think it was a little clearer
14 time to just go over it.
15     Q      Okay.
16     A      I don't have the specifics charted as to
17 what we talked about, but I felt sure we did.
18     Q      Did you examine Ms. Hughes on that day?
19     A      Yes.
20     Q      And was there any change that you could
21 tell in her — in the burns?
22     A      Two-to-three-centimeter area on the
23 perineum and a small intravaginal area — I actually
24 put one to two centimeter here.
25          There was no significant change at that

50

1  point, one day later, no.
2      Q      Okay.  And what was the treatment plan
3  at that point?
4      A      Silvadene cream.
5      Q      Would that have been something that you
6  gave Ms. Hughes or something that she would have had
7  to have gotten filled?
8      A      It would have been a prescription.
9      Q      A prescription.  Okay.  And following
10 that was any other treatment given to Ms. Hughes on
11 that day?
12     A      That day, no.  We planned — no.
13     Q      Okay.  And when was the next time that
14 you saw Ms. Hughes?
15     A      On the 30th.
16     Q      So a couple of days later.  And what —
17 did you examine Ms. Hughes on that day?
18     A      Yes.
19     Q      And what was — was there any change in
20 the burns, in her condition?
21     A      She was complaining of a vaginal
22 discharge, which I had noted, which more than likely
23 was coming from the ablation itself, which was
24 normal.
25          On the examination I noted that she had

51

1  some surrounding erythema, which would just be some
2  redness around the edges of the burns; but there were
3  no signs or symptoms of infection.  And I put "Looks
4  okay.  Continue the Silvadene and follow up in three
5  days."
6      Q      And did Ms. Hughes describe her pain to
7  you?
8          And let me back up.  Following the
9  incident was Ms. Hughes in pain that she — did she
10 communicate to you that she was in pain from the
11 burns?
12     A      On the first visit or on any visit?
13     Q      Backing up.  Immediately following the
14 procedure do you remember if Ms. Hughes was in —
15     A      Well, immediately following the
16 procedure she would have been in pain from the
17 procedure even if she hadn't had a burn.
18     Q      Okay.
19     A      So it would be hard to delineate one
20 from the other.
21     Q      Do you recall her telling you that she
22 was in pain from the burns, that the burns were
23 causing her discomfort at that point?
24     A      At which visit?
25     Q      On the day following the —

52

1      A      The day following the procedure?
2          I didn't make any notation of it, but
3  she could have.  I just didn't note that.
4      Q      Okay.  And I believe we're on the 30th,
5  the date is what we were discussing.
6      A      Right.
7      Q      Other than the cream and the examination
8  was any other treatment provided for Ms. Hughes on
9  that day?
10     A      No.  We're just to follow her up.  And
11 this was basically being treated like a burn.  So we,
12 you know, put the medicine on it and decided to give
13 it time.  And we kept an observation to make sure it
14 wasn't going to get infected.
15     Q      Okay.  Did Ms. Hughes come in again
16 following that date?
17     A      She came in on — let me make sure these
18 aren't out of order.
19          I've got a whole set of notes here that
20 look like I've got the year wrong on them.  No.
21 Maybe not.  12-5-06 looks like the next time we saw
22 her.
23     Q      So 10-30 to 12-5-06.  Okay.
24     A      Can I stop just a minute?
25     Q      Sure.  Do you want to take a break?

54

1    A    Yeah.  Let me go off the record just for
2  a minute.
3          (Off the record.)
4    Q    Dr. Weber, we've been on a break; and
5  have you had a chance to go back and see if you did
6  indeed see Ms. Hughes at the Ellisville clinic?
7    A    Yes.  It appeared that we saw her on
8  11-2-06.
9    Q    Okay.  So that would have been following
10 the October 30th visit.
11   A    Right.
12   Q    The next time you would have seen her
13 would have been on November 2nd.
14   A    Right.  And that was what was scheduled
15 to follow up in three days.
16   Q    Okay.  And can you tell what treatment
17 was provided to Ms. Hughes on that date?
18   A    I cannot.
19   Q    Okay.  When would have been, after that
20 visit, the next time that you saw Ms. Hughes?
21   A    11-8.
22   Q    '06?
23   A    '06, not '07.  That's what she was
24 pulling up here was those notes, 11-8, 11-15, 11-22,
25 and 12-5.

1          This is just a printout of the business
2  record of when she was here, so just trying to make
3  sure those dates are not -- they are -- they just
4  have the year wrong on them.
5    Q    And we'll get through those, but just
6  for the sake of clarity for the record, it's my
7  understanding that you have stated your medical
8  records were dated '07, but it should have been --
9    A    '06.
10   Q    -- '06?
11   A    For those three entries, yes.
12   Q    That would make a lot more sense.
13   A    Yes.
14   Q    Okay.
15   A    And I got them to pull up her check-ins
16 there on computer here, and those do coincide with
17 '06, not '07.
18   Q    Okay.  So the next time after the 2nd
19 that you saw Ms. Hughes was back here in the Laurel
20 office?
21   A    Correct.  The rest of the visits were in
22 Laurel.
23   Q    Okay.  And what date was that?
24   A    11-8.
25   Q    And what -- did you examine Ms. Hughes?

55

1    A    Yes.
2    Q    And what was -- at this point how were
3  the wounds healing?  Do you recall or can you tell
4  from reviewing your chart?
5    A    The examination states the burns are
6  healing well and they are starting to granulate.
7    Q    Can you just --
8    A    It means it's healing.
9    Q    Okay.
10   A    Granulation is a form of -- primary
11 healing is if a cut is made and the two skin edges
12 are proximated together, they will heal with the skin
13 over it.
14          A secondary form of healing is called
15 granulation, which is where an open wound will heal.
16 It's just a repair process.  That would be a sign
17 that it's healing properly.
18   Q    Okay.  And is she still using the
19 Silvadene cream you were talking about earlier?
20   A    It doesn't state here if she's using it
21 or not.  I have to assume that she's still using it
22 for that.
23   Q    Okay.
24   A    There's no dictation that we've changed
25 her treatment at all.

56

1    Q    Okay.  Other than that cream were any
2  other medications prescribed --
3    A    Not that I can tell.
4    Q    -- for healing or for pain?  Do you
5  know?  And --
6    A    Yeah.
7    Q    -- I'm kind of backtracking here.
8    A    Right.
9    Q    Do you know if any pain medication was
10 prescribed?
11   A    Well, I prescribed her pain medicine
12 with the initial procedure.
13   Q    Would she have required pain medication
14 for the procedure itself even without complications?
15   A    Usually for a day or two, yes.
16   Q    Okay.  What is a typical recovery period
17 for the procedure itself, again without
18 complications?
19   A    It varies from patient to patient.  But
20 my experience so far has been most of the patients
21 will be uncomfortable enough to require pain medicine
22 for usually one to two days, oftentimes as long as
23 five or six days; and that they will have a perceived
24 vaginal discharge anywhere from a few days even up to
25 ten days to two weeks.

```
 1        But their comfort level in terms of
 2  being able to carry on their day-to-day activities is
 3  almost always back to normal within a few days.
 4        Q    Okay.  The standard again without
 5  complications:  When after the procedure occurs would
 6  be the next time that you would see a patient?
 7        A    I normally see everybody back in a week.
 8        Q    And if there aren't any problems, when
 9  would be the next time you would see a patient after
10  the ablation, just their next —
11        A    It depends.  Yeah.  Their next annual
12  checkup.
13        Q    Okay.  Going back to the follow-up
14  treatment of Ms. Hughes.
15        A    Yes.
16        Q    I can't remember what date we were on
17  now, but —
18        A    The 8th, I believe.
19        Q    November the 8th.  Do you recall what
20  treatment was provided for Ms. Hughes on this date?
21        A    There's no specific treatment change
22  other than to follow up in a week.  So, like I said,
23  the assumption is to continue doing what she's been
24  doing.
25        Q    Okay.  And when — the next time you saw
```

58

```
 1  Ms. Hughes was —
 2        A    — was 11-15-06.
 3        Q    And was everything still healing
 4  properly?
 5        A    The notes basically say, Doing well,
 6  continues to improve, improving, plan one week —
 7  follow up in one week.
 8        Q    Okay.  Are there any description as to,
 9  I mean, I guess the wounds at this point?  Do you
10  recall if — I mean, any bleeding or any
11  abnormalities or any other type issues associated
12  with injuries?
13        A    No changes for the worse.
14        Q    Okay.
15        A    No.
16        Q    Okay.  And the next time you saw
17  Ms. Hughes was?
18        A    11-22.
19        Q    Okay.  And?
20        A    Continues to improve, area at perineum
21  almost completely healed, vaginal area healed;
22  impression:  Continues to improve.  Follow up two
23  weeks, continue management.  Just basically keep
24  doing what we've been doing.
25        Q    Okay.  And you said almost healed.  Do
```

59

```
 1  you recall if these areas left a scar of any sort?
 2        A    I don't recall, but they probably did,
 3  yeah.
 4        Q    Okay.  And the next — when was the next
 5  time you saw her?
 6        A    The last entry I have is 12-5-06.
 7        Q    Okay.  And what was done?
 8        A    Complains of lower back pain, cramps,
 9  and some spotting started last week.  Took a pain
10  pill last week and feeling better.  Started again,
11  last one to two days.
12        Her back examination, she was
13  nontender — the uterus was nontender and the
14  perineum appeared to be healing well.  I felt that
15  she was stable.  I gave her an anti-inflammatory
16  called Ansed, which was prescribed for 100 milligrams
17  three times a day for three days.
18        And I don't even have the plan for what
19  her further follow-up would have been.
20        Q    Okay.  Do you associate the back pain to
21  the procedure itself or from the leaking or do you
22  know?
23        A    Oh, I didn't associate it with one or
24  the other, no.
25        Q    Okay.  So —
```

60

```
 1        A    I mean, she had had some spotting too.
 2  So in a lot of women when they have their period or
 3  when they go through the motion of having their
 4  period will have back pain as well.
 5        Q    Okay.  So you're not sure what it was
 6  caused from, then.  Is that —
 7        A    No.
 8        Q    Was that the last time that you saw
 9  Ms. Hughes?
10        A    That's the last record I have of seeing
11  her, yes.
12        Q    Okay.  So you have not seen Ms. Hughes
13  since that date?
14        A    I have no record of seeing her since
15  then, no.
16        Q    Have you seen any medical records or
17  been made aware of any conditions or symptoms she
18  might have continued to have since that time?
19        A    No.
20        Q    Do you recall one of the risks being
21  described to you of the ablation procedure is that it
22  might not be effective in treating the condition, the
23  bleeding condition?  Is that a known risk?
24        A    Yes.
25        Q    Okay.  Do you recall if you communicated
```

61

1  that to Ms. Hughes?
2      A      Yeah.  I mean, again I don't have a
3  specific record to that effect; but it would have
4  been -- in discussing this procedure, one of the
5  first things we talked about is the fact that the
6  procedure -- and I usually would say, you know -- and
7  what I usually told folks, and this is based on the
8  literature that I had read about it, that there was
9  almost a 50 percent chance that she would never have
10  another menstrual period again, a not-quite 50
11  percent chance that she may experience a small amount
12  of bleeding but it would not be an unmanageable
13  amount as she had been experiencing before, and
14  probably a less than 5 percent chance that the
15  procedure itself would have done little good at all
16  and she would still require another procedure of some
17  sort after that.
18      Q      Okay.  And you said that you normally
19  told folks about -- are you just talking about that
20  was generally what you told every patient?
21      A      Yes.  That's generally what my
22  counseling involves when I talk to patients about
23  ablation.
24      Q      Okay.  Do you know kind of by the same
25  token how you describe other risks?  We've talked

62

1  about the leakage and the burn.
2      A      Yeah.  I didn't quote any kind of a
3  number or anything like that other than to say that
4  in general it's a -- not a very risky procedure in
5  terms of frequency of incidents like that happening.
6              We've never had a hysteroscopic or an
7  ablation complication prior to this.                .
8      Q      But generally that was just what you
9  would describe to other patients?
10      A      That would be a general description,
11  yes.
12      Q      You've mentioned a couple of times
13  the hystrascopy (sic).
14      A      Hysteroscopy, uh-huh (affirmative).
15      Q      Hysteroscopy.  What is that procedure?
16      A      Well, a hysteroscopy itself involves
17  placing a hysteroscope, which is a fiber-optic light,
18  through the cervical canal into the uterine cavity in
19  order to visualize the inside of the uterus.
20      Q      Okay.  Would that be part of the
21  ablation procedure?
22      A      It is part of the ablation procedure.
23      Q      Okay.  That's -- so it's mainly just
24  exploratory?
25      A      It's exploratory, right.  And it's done

63

1  initially to, A, make sure you are in the uterus and
2  not somewhere else, B, to make sure that there are no
3  uterine abnormalities that might prevent you from
4  wanting to proceed with the ablation.
5      Q      Okay.  That makes sense.
6      A      It also in this particular -- in the
7  Boston Scientific method of doing the ablation the
8  hysteroscopy is also performed while you're doing the
9  ablation.
10              So you actually can watch the blanching
11  or you can watch the thermal effects of the procedure
12  while it's actually happening, which is different
13  than one of the other procedures.
14      Q      Okay.  You mentioned earlier that
15  somebody approached you, I believe you said, about
16  the ablation procedure.  Do you know who that would
17  have been?
18      A      I don't.
19      Q      Would it have been like a salesperson
20  from Boston Scientific?
21      A      It would have either been a salesperson
22  or my partner.
23      Q      Okay.  All right.  As far as the
24  complication that occurred in Ms. Hughes's
25  procedure -- I just want to make sure I'm

64

1  understanding correctly.  Is it your testimony that
2  you don't know what caused the leak?
3      A      That's correct.
4      Q      And are you -- is it your opinion in any
5  way that the machine malfunctioned in causing this
6  leak?
7      A      I don't know if it did or it didn't.
8      Q      Okay.
9              MS. LEDFORD:  Can we take a break for
10  just a few minutes?
11              (Off the record.)
12  BY MS. LEDFORD:
13      Q      Dr. Weber, you mentioned that you
14  stopped doing this procedure following this incident
15  with Ms. Hughes.  Can you tell me why you stopped
16  doing it?
17      A      Well, to find out if there was some
18  particular reason, you know.  Were we putting
19  patients at risk perhaps that we didn't know about,
20  to evaluate our equipment, to make sure -- you know,
21  to be honest with you, it doesn't take but one of
22  these sorts of problems to make you think about doing
23  something else.
24              There were alternatives that were being,
25  you know, brought forth.  I think some of the other

65

1  OBs in town had mentioned doing alternative
2  procedures.
3         So at that point we said, Let's stop and
4  evaluate where we are.  Is this the right thing to be
5  doing?  Is there a potential problem with it?  Is
6  this just one of those, you know — anybody that
7  performs surgery realizes that complications can
8  happen.
9         And was this one of those things or is
10  it — do we just need to evaluate it and see if we
11  need to do something differently.
12      Q    And was that evaluation process that you
13  just described, I mean, was that done?  You mentioned
14  you didn't know if the machine was tested.
15      A    Yeah.  I mean, I left that up to the
16  surgery department to have — to let, you know,
17  Boston Scientific — to let our guy know that we had
18  had a problem and did something need to be looked at.
19         And then just from our own personal
20  standpoint we just took a giant step back and said,
21  Look, you know, we've had this happen to us.  There
22  is another procedure or, you know, there are other
23  procedures out there.  Is there potentially a better
24  way of doing it?
25      Q    Okay.  Do you know — did the hospital

66

1  and all the other doctors, did everybody stop doing
2  the procedure, the ablation procedure after this
3  incident?
4      A    I'm not positive, but I believe that
5  Dr. Stancill and I were the only two doing the Boston
6  Scientific procedure at the time.  I believe the
7  other physicians who were doing ablations had changed
8  to the Novasure product.
9      Q    Okay.
10      A    So we were the only ones doing it at
11  that time.  The others had changed to another
12  product.
13      Q    Okay.  And both of y'all stopped using
14  Boston Scientific.  Is that correct?
15      A    At that point, yes.
16         I should say I believe we both did.  I
17  don't believe we did any more procedures with that
18  technique after Jan's procedure.  Anybody.  I don't
19  think anybody did, but I know specifically for myself
20  I didn't.
21      Q    Did y'all decide that this procedure was
22  too risky?  Is that my understanding?  Is that why
23  y'all decided to stop using it?
24      A    "Y'all" being?
25      Q    You and your colleague.

67

1      A    Me and my partner —
2      Q    Right.
3      A    — or everybody in the department?
4      Q    Well, I guess whoever else was doing
5  this procedure, if y'all decided — I'm being very
6  southern by using "y'all."
7      A    That's okay.  I just want to make sure
8  the "y'all" is — does "y'all" mean me and
9  Dr. Stancill, just the two of us, or the whole
10  department, because there are other people in the
11  department that use the Novasure.
12      Q    Right.
13      A    I believe they switched to it just
14  because their perception was that it was a little
15  easier.  It didn't take as long.
16      Q    Okay.
17      A    It's a two-minute procedure instead of a
18  ten-minute procedure.
19      Q    It's designed to do the same thing?
20      A    It's an endometrial ablation device, but
21  it does it different.  And up until I had the issue
22  with Jan, I actually — I liked some of the
23  components of the Boston Scientific over the other.
24         Each had its pros and each had its cons.
25      Q    I understand.  I guess —

68

1      A    But to answer your question, actually,
2  Dr. Stancill and I, after this happened, did decide
3  that we would look at the other product and probably
4  stop using this one.
5      Q    And is that what happened?
6      A    Yes.
7      Q    Okay.  So y'all continued to do the
8  ablation just using another —
9      A    Yes.
10      Q    — product?
11      A    Right.
12      Q    Okay.  And let me back up and kind of
13  change gears too.
14         The follow-up visits that you had with
15  Ms. Hughes, did you — I know your notes indicated
16  the healing process of the burns.
17         Do you recall any conversations you
18  might have had with Ms. Hughes during that time
19  period about her pain level, any pain she experienced
20  associated with these burns, if it was affecting her
21  daily life?
22      A    You know, since there's nothing charted,
23  I can't say specifically yes or no to that question.
24         My feeling is that were there some
25  inordinate problem, you know, some increasing problem

69

1 or some persistence or something, that we would have
2 noted that and, you know, noted some prescribed
3 treatment for that as opposed to the fact that what
4 it appears we were doing is just looking at —
5           Now, does that mean she was in no pain
6 at all?  I can't say that because she had a burn.
7 But for it to be something have changed or something
8 any different than before, I don't specifically
9 recall having that conversation with her.
10     Q     Okay.  The last visit in December where
11 you saw Ms. Hughes —
12     A     Yeah.
13     Q     — were the burns healed completely at
14 that point?  Do you know?
15     A     It says "healing well," so I can't say
16 for sure that that's 100 percent completely healed.
17     Q     Okay.
18     A     It says healing, so I would have to say
19 at that point they were not completely healed.
20     Q     And you wouldn't be able, I guess, to
21 offer any testimony about when precisely they
22 completely healed and any residual scarring that
23 might have continued?
24     A     After December the 5th I have only seen
25 Jan in public, and we have not spoken about this at

70

1 all.
2     Q     Okay.  The other procedure that you were
3 talking about, and I assume — do you still use that
4 procedure?
5     A     Novasure?
6     Q     Right.
7     A     Yes.
8     Q     You mentioned that it was different and
9 shorter.  It's designed to do the same thing.  Is
10 that correct?
11     A     Correct.
12     Q     What does that product — I guess just
13 in your own words describe what it does and how it
14 works.
15     A     Well, whereas the hydrothermal ablation
16 circulated a liquid that was heated in the
17 endometrial canal to provide that thermal injury to
18 the endometrium, the Novasure is an actual physical
19 device that fits into the uterine cavity; and it
20 opens — it's shaped like the inside of the uterine
21 cavity and a bipolar electric current flows through
22 that.  So it's cauterized using electric current.
23     Q     It takes two minutes?
24     A     Two minutes.  Not more than two minutes.
25 Actually, that particular device, the time limit is

71

1 based on resistance, which is read through the
2 instrument.
3           And when the resistance gets to be a
4 certain point, the ablation ceases.  So it's never
5 longer than two minutes.
6     Q     Okay.  And it is removing the —
7     A     It's doing the same thing.  It's
8 destroying or ablating the endometrium.
9     Q     Okay.  Is the patient asleep during that
10 procedure, I assume?
11     A     They are, yes.
12           For the way we do it, the patient is
13 asleep.  I'm under the understanding that there are
14 some places that try to do this with conscious
15 sedation, but I'm not ready to go there with patients
16 yet, so...
17     Q     Say the name of it again for me, the
18 Novak?
19     A     Novasure, N-O-V-A-S-U-R-E.
20     Q     Thank you.  Probably for her that helped
21 her.
22           Does it have — I guess what are the
23 risks associated with that procedure?
24     A     Basically the same as with the
25 hydrothermal ablation in terms of perforation of the

72

1 uterus during the dilation and hysteroscopic portions
2 of it and thermal injury as well.
3     Q     Is there a risk that it won't be
4 effective?
5     A     There is a risk that it will not be
6 effective; and, again, I usually quote approximately
7 the same numbers as I quoted for the other.
8           MS. LEDFORD:  Okay.  I don't think I
9 have any other questions at this point.
10           Jim, do you?
11           MR. BLACKWOOD:  I do.
12 EXAMINATION BY MR. BLACKWOOD:
13     Q     Dr. Weber, my name is Jim Blackwood.  I
14 represent Jan Hughes.
15           Earlier in your testimony you discussed
16 risks associated with using the HTA, one of which is
17 the risk of burning.
18     A     Yes.
19     Q     Correct?  And the risk of burning, I
20 take it, was directly related to there being a risk
21 of some type of leak during the procedure.  Correct?
22     A     Yes.  And there's also apparently
23 been — this is just through reading their
24 literature — that a potential problem is if the
25 tubing that the fluids pass through was draped across

74

**Page 73**

1  the patient, across an appendage or something, there
2  could be a thermal injury that way as well.
3       So we were always instructed never to
4  lay the tubing that the fluids pass through on the
5  patient. They were always supposed to be free. But
6  those would be the two ways of a thermal injury.
7       Q    Okay. Well, I want to talk about leaks
8  for just a minute. What are the possible ways that a
9  leak can occur during one of these procedures?
10      A    Well, essentially in my mind the two
11 most common ways a leak could take place is if
12 there's a perforation of the uterus, which means
13 there's an injury so that a hole is basically poked
14 through the wall of the uterus and the fluid, as it's
15 circulating, could leak out.
16      In that particular case, depending where
17 the perforation is, the fluid can leak into the
18 abdominal cavity. I guess if it were anterior, it
19 could potentially leak all the way into the bladder.
20 You could have an injury there.
21      And then the other way that a leak could
22 happen is if it leaked around the cervix itself where
23 the scope is being put through.
24      Q    No perforation occurred to the uterus in
25 Ms. Jan's case. Is that correct?

**Page 74**

1       A    Not that we're aware of. Okay.
2       Q    Okay. Now I want to talk about leaks
3  around the uterus. What can cause a leak around the
4  uterus with this device?
5       A    Around the cervix?
6       Q    I'm sorry. Around the cervix, yes.
7       A    Well, if the cervical canal is too large
8  for the instrument and there's not a seal around it,
9  that could potentially be a problem.
10      If the device were to, I suppose, be
11 placed in the wrong position, that could potentially
12 lead to a leak. And kind of owing to that, during
13 the procedure itself if the device were moved into an
14 inappropriate position during the procedure you could
15 get a leak.
16      Q    Okay.
17      A    And I suppose movement itself, even if
18 the device were in place, theoretically could be
19 accountable for a leak as well.
20      Q    Okay. Let's talk about the positioning
21 of the hysteroscope. Did you place the hysteroscope
22 properly or as instructed by Boston Scientific?
23      A    Yeah, we did. We put the scope in —
24 the sheath for the scope is a special sheath that
25 comes with that particular instrument, and the proper

75

**Page 75**

1  placement is just inside the endocervical canal.
2       And you can visualize that with —
3  that's why we do the hysteroscope is to make sure
4  visually that we're in the proper place.
5       We used two tenaculums on the cervix to
6  make sure that — basically a tenaculum is a device
7  that pinches to hold the cervix together, so we use
8  two tenaculums to make sure we had a good seal as
9  well.
10      Q    Okay, sir. So just to make sure I've
11 got my arms around all of it, the ways that you can
12 develop a leak around the cervix is, A, the cervical
13 canal could be too large to form a proper seal around
14 the sheath. Correct?
15      A    Right.
16      Q    And then two is placing the sheath in
17 the uterus incorrectly?
18      A    Right.
19      Q    And then the third would be if there
20 were some movement associated during the procedure
21 where a leak could develop around the sheath —
22      A    Correct.
23      Q    — in the cervix. Right?
24      A    Right.
25      Q    Okay. Let's take these one at a time.

76

**Page 76**

1       You said you knew that the sheath was
2  placed properly, and part of that is because you had
3  the benefit of the hysteroscope and you could see
4  where it was positioned. Correct?
5       A    Correct.
6       Q    Okay. Now, tell me about — what, if
7  anything, do you know about the — about there being
8  a fit with the sheath in Ms. Hughes's cervix? Did it
9  fit properly or was there a seal there?
10      A    Yeah. Based on the fact that in the
11 testing phase or in the warmup phase part of that is
12 to make sure that there's a device that's attached to
13 that. It's a graduated cylinder that — like I said,
14 this is a closed system that the fluid flows through.
15      And part of that is a graduated cylinder
16 that measures any fluid changes in that system. And
17 if there is a leak, if there is a change in the
18 amount of fluid that's in that system, which would
19 indicate a leak, then it's noted in that cylinder.
20      So somebody watches that cylinder to
21 watch for that. And as I said, during the preheating
22 phase and through eight of the ten minutes of the
23 ablation procedure itself, that level was maintained.
24      So to that point we would say yes, we
25 were in a proper position without a leakage.

78

1  Q   Okay.  And if there were an issue with
2  the size of the cervix, my understanding of your
3  testimony is that that's the reason you have a
4  testing phase, to determine —
5      A   Sure.
6      Q   — whether there is a problem with
7  the —
8      A   I mean, all of these procedures go
9  through a testing phase to — and it's not only —
10 yeah, to test for whatever kind of leak, whether or
11 not it be perforation or the cervix that, you know,
12 you can't get a seal around.
13     Q   If there was an issue with the cervix,
14 it would have been detected at the testing phase.
15 Correct?
16     A   Should have been, yes.
17     Q   Now let's go to this third area that you
18 mentioned, movement of, I guess, the scope and the
19 sheath during the procedure.
20     A   Correct.
21     Q   Was there any movement in the scope or
22 the sheath during Ms. Hughes's procedure?
23     A   No, no.  And we even — because that's
24 such, you know, an important element of doing the
25 procedure properly, we even have the — we do this

1  procedure sitting down.
2      And we actually, you know, devised a
3  stool that has an armrest on the front of it so that
4  for ten minutes we didn't have to hold our hands up
5  in the air.  We literally were propped and braced so
6  that no movement would take place.  We had come up
7  with a way to make sure there was no movement by
8  anything.
9      So we had a stool with an armrest on it
10 so that when we were in position and that thing
11 started, we were sitting still.  We didn't have to
12 worry about arm fatigue, getting tired from trying to
13 hold this thing up and in the right position.
14     So there was no movement at all in the
15 patient when this happened.  We were all — like I
16 said, eight of the ten minutes into it everything is
17 perfectly fine.  We're looking good.  And then, you
18 know, again the fluid that — beeped, the warning
19 kind of out of nowhere.
20     Q   And how many folks were present in the
21 OR during the procedure?
22     A   I'm not sure, but there would have been
23 at least four people present, maybe more.
24     Q   All right, sir.  Now, the stool with the
25 pad, that's something that you can't — that — or —

79

1      A   That's something we did.
2      Q   — something that y'all came up with.
3      A   That's not something that Boston
4  Scientific said we had to do.
5      But, you know, they pointed out the fact
6  that, "By the way, you know, you have to be real
7  still with this."
8      So I'm not sure if that's — and he may
9  have suggested doing something like that.  I don't
10 remember.
11     But, I mean, if you read the product
12 manual or whatever, I don't remember there ever being
13 anything saying you got to have a special chair for
14 this or anything like that.  This was just something
15 we did to do it.
16     Q   Okay.  Now I want to talk to you
17 about — there was some testimony about Boston
18 Scientific making known certain risks for injury as a
19 result of leakage.
20     A   Yeah.
21     Q   And the three risks that you just
22 discussed with me, are those the risks that Boston
23 Scientific brought to your attention and are there
24 others?
25     A   I mean, through the teaching phase and

80

1  through reading the — you know, the stuff I was
2  provided with before we did it, that was where my
3  knowledge of these being risks came from.
4      Of course, doing hysteroscopy, which,
5  you know — ultimately the hydrothermal ablation is a
6  hysteroscopic procedure.  Nothing more.  And the
7  fluid is just diverted into a different avenue where
8  it's heated and flows back through again.
9      And the inherent risk to hysteroscopy
10 itself would be perforation.  Now, you know, in most
11 diagnostic hysteroscopies the system is open, which
12 means we openly allow the fluid to leak out and
13 drain, you know, because it allows for flow.
14     This is a closed system, but it's closed
15 specifically to make sure that we keep up with that
16 fluid because it's heated.
17     And in terms of other injury besides
18 those, there may be some, but those are the ones that
19 I'm the most — was the most aware of.
20     Q   Right.  Well, as part of your training
21 on the device, they would have told you —
22     A   Yeah, yeah.
23     Q   — things about like, one, you got to
24 make sure that the sheath is properly in place?
25     A   Right.  They were very specific.  I have

```
 1   to say I felt real comfortable with the training that
 2   we got on it.
 3        Q    Right.
 4        A    They were very pointed about saying,
 5   Here's the areas of concern, here's where you need to
 6   be careful, and here's where you can get into
 7   trouble.
 8        Q    And they would have also, I would
 9   assume, equally have told you to be certain that you
10   have a proper seal?
11        A    Yes.  Oh, absolutely.
12        Q    Okay.  And they would have also told you
13   to make sure that you don't move?
14        A    Yes, sir.
15        Q    Okay, sir.
16        A    Those three things we were very
17   specifically pointed at, and I can honestly say
18   without reservation that I felt like all three of
19   those things took place in this case.
20        Q    Okay, sir.  All right.
21             I think you've testified to this, and I
22   think -- correct me if I'm wrong:  You don't remember
23   any other specific things that Boston Scientific told
24   you to look out for in terms of leakage?
25             That's an open-ended question.
```

```
                                                      82
 1        A    Yeah.
 2        Q    If you don't --
 3        A    I don't believe so, no.
 4        Q    Okay.  So it would be fair to say, then,
 5   would it not, that they didn't warn you of a risk of
 6   there being some type of circuit board failure with
 7   the device?
 8             MS. LEDFORD:  Object to form.
 9   BY MR. BLACKWOOD:
10        Q    You remember anything like that?
11        A    I don't ever recall them specifically
12   mentioning malfunction of the device like that.
13        Q    In fact, they would not have warned you
14   of the risk of any type of malfunction with the
15   device, would they?
16             MS. LEDFORD:  Object to the form.
17        A    I'm sorry.  Could you read that back or
18   repeat it?
19   BY MR. BLACKWOOD:
20        Q    The types of things they warned you
21   about were the three things that we just discussed
22   versus warning you of some malfunction in the device?
23        A    I was not specifically warned about
24   malfunction of the device, no, or there being a
25   history of a malfunction in the device.
```

```
                                                      83
 1        Q    And would it be fair to say you assumed
 2   that there wouldn't be a malfunction in the device?
 3        A    Right.  No.  I would obviously have
 4   taken objection to using something that I thought was
 5   going to fail on me in the middle of a procedure.
 6        Q    Right.  The Novasure product that you
 7   discussed a little while ago --
 8        A    Yeah.
 9        Q    -- you said that there was the risk of a
10   thermal injury.
11        A    Right.  Burn.
12        Q    A burn?
13        A    Right.
14        Q    How would a burn from a Novasure product
15   manifest itself?
16        A    Well, the same kind of way:  If there's
17   a perforation and that device were to come into
18   contact with something other than the endometrium,
19   it's going to burn it that way.
20        Q    Is there liquid --
21        A    No.
22        Q    -- in the Novasure device?
23        A    No.  We do a diagnostic hysteroscopy to
24   begin with, so you distend the uterus with saline;
25   but then that fluid is removed.  So there may be
```

```
                                                      84
 1   traces of fluid there, but the fluid itself is not
 2   heated.  The device itself is solid, and it fits into
 3   the uterine cavity that way.
 4        Q    Okay.  So if there were to be a burn
 5   with the Novasure product, would it be limited to the
 6   area that it was inserted when the device was
 7   activated?
 8        A    My assumption, barring there being some
 9   kind of electrical injury through insulation issues
10   or whatever, is that the injury would be limited to
11   that portion of the device which is the end of it
12   that carries the electrical current, the bipolar part
13   of it.
14        Q    Okay.  So there is no part of the
15   Novasure product that has a liquid that could escape
16   and burn other parts of the body?
17        A    Correct.  That's the difference, right.
18        Q    One other question.
19             MR. BLACKWOOD:  No.  I think that's all,
20   Dr. Weber.  Thank you very much for your time.
21   FURTHER EXAMINATION BY MS. LEDFORD:
22        Q    I just have one -- Mr. Blackwood just
23   asked you several questions and in doing so mentioned
24   a malfunction of the device.
25             I know I previously asked you this, but
```

85

86

1   are you claiming that this device malfunctioned in
2   your opinion?
3       A    No.
4       Q    Okay.
5       A    My claim is that I don't know if it
6   malfunctioned or not.  I think I said that earlier,
7   and --
8            MR. WILLIAMSON:  You did.
9       A    -- I don't know if it malfunctioned or
10  not.
11           MR. BANKS:  I didn't want to interrupt
12  your deposition.  I just had a quick question.
13      A    Sure.
14  EXAMINATION BY MR. BANKS:
15      Q    Earlier you testified, I believe, that
16  the procedure with relation to Ms. Jan and the
17  Novasure procedure, that each had their own benefits
18  and risks associated with them.  Can you just compare
19  and contrast the two.
20      A    Sure.  Well, we'll start with the
21  hydrothermal ablation which uses the liquid.
22           To me the benefit of that is the liquid
23  will go into any perceived space.  So if there
24  happened to be minor irregularities of the uterine
25  cavity, a liquid is going to fill those spaces as

1   opposed to irregularities, in which case it wouldn't.
2            The other option that I particularly
3   liked about the Boston Scientific is that you were
4   watching the procedure as it took place.  The
5   hysteroscope was in the uterine cavity, and you could
6   literally watch the tissue blanch.  You were
7   visualizing the procedure as it took place.
8            The obvious disadvantage to the
9   hydrothermal ablation would be thermal injury due to
10  leakage.  That goes without saying.
11           The Novasure device, the advantages to
12  it are its relative ease of use.  It's a less timely
13  procedure.  You know, you don't have to worry so much
14  about movement.
15           Its disadvantages are that it's a solid
16  device, which means if there are irregularities in
17  the uterine cavity, it would be less likely to pick
18  those up.
19           And the other part is that contrary to
20  the hydrothermal ablation, it's performed blindly
21  basically.  You put the hysteroscope in, you look
22  around, you take the hysteroscope out and replace it
23  with the hydrothermal ablation.  So while you're
24  ablating, you're not looking at what you're doing.
25           It's in there doing its thing by itself,

87

1   and that would be, to me, the disadvantage of it, is
2   not being able to visualize the procedure while it's
3   taking place.
4       Q    Is there any reason before you go in
5   that you have any reason to know about there being
6   irregularities?
7       A    Well, most of the time these patients
8   have usually had ultrasounds or some sort of
9   preoperative technique that would -- what we're
10  usually talking about are leiomyomas or fibroid
11  tumors.
12           And if the fibroids are big enough and
13  if they distort the uterine cavity, obviously that
14  can be a problem.  Most of the time we're pretty
15  aware of that.
16           And if we think the patient has large
17  fibroids, usually greater than four centimeters or
18  so, if they have large fibroids, we're usually going
19  to talk about doing another procedure anyway.
20           So we generally are aware of those
21  things before we get there.  I've never been
22  surprised when I went in to do one that we found
23  something we weren't looking for hysteroscopically.
24           MR. BANKS:  All right.  That's it.
25           (Deposition concluded at 11:00 a.m.)

88

1             CERTIFICATE OF COURT REPORTER
2            I, SHARRA REND, Certified Shorthand
3   Reporter and Notary Public in and for the County of
4   Lamar, State of Mississippi, hereby certify that the
5   above and foregoing pages, and including this page,
6   contain a full, true and correct transcript of the
7   testimony of MICHAEL WEBER, MD as taken by me at the
8   time and place heretofore stated in the
9   aforementioned matter and later reduced to
10  typewritten form by me to the best of my skill and
11  ability.
12           I further certify that I placed the
13  witness under oath to truthfully answer all questions
14  in this matter under the authority vested by the
15  State of Mississippi.
16           I further certify that I am not in the
17  employ of or related to any counsel or party in this
18  matter and have no interest, monetary or otherwise,
19  as to the final outcome of this proceeding.
20           WITNESS MY SIGNATURE AND SEAL, this the
21  15th day of December, 2008.
22
23                        SHARRA REND, CSR #1277
24                        My commission expires:
25                        August 2012